

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00629-CV

Luis A. **URIBE**,
Appellant

v.

Sara Rodriguez **URIBE**,
Appellee

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2012-CVO-000027-C1
Honorable Alvino (Ben) Morales, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and the case is REMANDED to the trial court for further proceedings consistent with this opinion. Costs of the appeal are taxed against appellee Sara Rodriguez Uribe.

SIGNED August 30, 2013.

_____
Rebeca C. Martinez, Justice